No. 10–5198. HINES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5199. FUTCH *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–5200. HOGAN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–5201. HURD *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5202. GUZMAN *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 10–5203. GATSON *v.* FORREST. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–5204. HAMILTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5206. OWENS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–5209. MANUEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5212. JONES *v.* BURNS. C. A. 8th Cir. Certiorari denied.

No. 10–5214. ELSWICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5215. CLARIDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5216. DOUGLAS *v.* HYDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5217. VILLA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5218. THOMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5219. THOMPSON *v.* CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.